# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 26, 2024

Patrick M. Jaicomo
INSTITUTE FOR JUSTICE
Suite 900
901 N. Glebe Road
Arlington, VA  22203

RE:  24-1875  Hamdi Mohamud v. Heather Weyker

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Stephanie N. O'Banion  
Acting Clerk of Court

ASL

Enclosure(s)

cc:     Anna Bidwell  
       Clerk, U.S. District Court, District of Minnesota  
       John A. Klassen  
       Marie L. Miller  
       Andrew Phillips Muller  
       Paul C. Quast  
       Anthony B. Sanders

District Court/Agency Case Number(s): 0:17-cv-02069-JNE

**Caption For Case Number:   24-1875**

Hamdi A. Mohamud

       Plaintiff - Appellee

v.

Heather Weyker, in her individual capacity as a St. Paul Police Officer

       Defendant - Appellant

**Addresses For Case Participants:   24-1875**

Patrick M. Jaicomo
INSTITUTE FOR JUSTICE
Suite 900
901 N. Glebe Road
Arlington, VA  22203

Anna Bidwell
INSTITUTE FOR JUSTICE
Suite 900
901 N. Glebe Road
Arlington, VA  22203

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

John A. Klassen
JOHN A. KLASSEN, P.A.
700 Lumber Exchange Building
10 S. Fifth Street
Minneapolis, MN  55402

Marie L. Miller
INSTITUTE FOR JUSTICE
Suite 2160
3200 N. Central Avenue
Phoenix, AZ  85281

Andrew Phillips Muller
MULLER & MULLER
Suite 5010
310 Fourth Avenue, S.
Minneapolis, MN  55415

Paul C. Quast
U.S. DEPARTMENT OF JUSTICE
Civil Division, Constitutional & Specialized Tort Litigation
Ben Franklin Station
P.O. Box 7146
Washington, DC  20004-0000

Anthony B. Sanders
INSTITUTE FOR JUSTICE
P.O. BOX 315
Lindstrom, MN  55045