UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Mohamud vs. Weyker

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1875 for the following party(s): (please specify)

Hamdi A. Mohamud

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Marie L. Miller    s/: Marie L. Miller
Firm Name: Institute for Justice
Business Address: 3200 N Central Ave. Ste 2160
City/State/Zip: Phoenix, AZ 85012
Telephone Number (Area Code): (480) 557-8300
Email Address: mmiller@ij.org

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 4/26/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: