# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Mohamud vs. Weyker

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1875 for the following party(s): (please specify)

Hamdi A. Mohamud

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Anya Bidwell    s/: Anya Bidwell

Firm Name: Institute for Justice

Business Address: 901 N. Glebe Road, Suite 900

City/State/Zip: Arlington, VA 22203

Telephone Number (Area Code): (703) 682-9320

Email Address: abidwell@ij.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 4/26/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: