# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Mohamud vs. Weyker

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1875 for the following party(s): (please specify)

Heather Weyker, in her individual capacity as a St. Paul Police Officer,

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jaynie Lilley   s/: Jaynie Lilley

Firm Name: U.S. Department of Justice

Business Address: 950 Pennsylvania Ave NW - Rm 7321

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): 202-514-3542

Email Address: jaynie.lilley2@usdoj.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 4/26/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: