# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| HAMDI MOHAMUD,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>HEATHER WEYKER, in her individual capacity as a St. Paul Police Officer<br><br>    Defendant-Appellee. | **Case No. 24-1875** |

### Hamdi Mohamud's Unopposed Motion for 30-Day Extension of Time to File Opening Brief

Plaintiff-Appellant Hamdi Mohamud respectfully moves for a 30-day extension of time, to and including Friday, July 5, 2024, to file her opening brief with addendum and appendix. Good cause exists, and she states as follows:

1. On March 25, 2024, the District Court entered an order denying Mohamud's motion to amend her complaint and granting Defendant-Appellee Heather Weyker's motion for summary judgment. R. Doc. 90. The next day, the District Court entered a judgment dismissing Mohamud's case with prejudice. R. Doc. 91.

1

2. On April 23, Mohamud filed a notice of appeal. R. Doc. 92.

3. On April 26, this Court issued an Appeal Briefing Schedule Order, setting a June 5, 2024, deadline for Mohamud's brief with addendum and appendix.

4. Counsel for Mohamud have a number of current obligations between now and June 5, including ongoing or anticipated work on litigation in:

- *Gonzalez v. Trevino*, Supreme Court Case No. 22-1025;
- *Pollreis v. Marzolf*, Supreme Court Case No. 23-617;
- *Murphy v. Schmitt*, Supreme Court Case No. 23A732;
- *Taylor v. LeBlanc*, 5th Cir. Case No. 21-30625;
- *Jimerson v. Lewis*, 5th Cir. Case No. 22-10441;
- *King v. U.S.*, W.D. Mich. Case No. 1:16-CV-00343;
- *Rosales v. Lewis*, W.D. La. Case No. 1:22-CV-05838;
- *Quiñonez v. Does 1 through 5*, N.D. Cal. No. 3:22-CV-03195;
- *Petersen v. City of Newton*, S.D. Iowa No. 4:23-CV-00408;
- *Hadley v. City of South Bend*, N.D. Ind. No. 3:24-CV-00029.

5. In light of the foregoing, good cause exists and the requested 30-day extension is necessary to allow Mohamud's counsel adequate time to prepare an opening brief with addendum and appendix.

6. The undersigned has conferred with opposing counsel, who does not oppose the requested extension.

For the foregoing reasons, Mohamud respectfully requests that the Court grant her motion and amend the Appeal Briefing Schedule Order to extend the deadline for Mohamud's brief with addendum and appendix to July 5, 2024.

Respectfully submitted on May 1, 2024,

/s/ Patrick Jaicomo
PATRICK JAICOMO
Michigan Bar No. P75705
MARIE MILLER
Indiana Bar No. 34591-53
ANYA BIDWELL
Texas Bar No. 2410156
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
(703) 682-9320
pjaicomo@ij.org
mmiller@ij.org
abidwell@ij.org

ANTHONY SANDERS
Minnesota Bar No. 0387307
INSTITUTE FOR JUSTICE
P.O. Box 315
Lindstrom, MN 55045
(703) 682-9320
asanders@ij.org

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rules of Appellate Procedure 32(f), this document contains 309 words.

/s/ Patrick Jaicomo
Patrick Jaicomo

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Patrick Jaicomo
Patrick Jaicomo