# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1875

Hamdi A. Mohamud

Appellant

v.

Heather Weyker, in her individual capacity as a St. Paul Police Officer

Appellee

___

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-02069-JNE)

___

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until July 5, 2024 to file the brief and the appendix.

May 01, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Stephanie N. O'Banion