# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| HAMDI MOHAMUD, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> HEATHER WEYKER, in her individual capacity as a St. Paul Police Officer <br><br> Defendant-Appellee. | **Case No. 24-1875** |

## APPELLANT'S NOTIFICATION OF
## METHOD OF APPENDIX PREPARATON

Plaintiff-Appellant Hamdi Mohamud notifies the Clerk and Defendant-Appellee Heather Weyker that Mohamud elects to prepare a separate appendix as permitted by Eighth Circuit Rule 30A(b)(3).

1

Appellate Case: 24-1875   Page: 1   Date Filed: 05/03/2024 Entry ID: 5390369

Respectfully submitted on May 3, 2024,

<u>/s/ Patrick Jaicomo</u>
Patrick Jaicomo
Michigan Bar No. P75705
Marie Miller
Indiana Bar No. 34591-53
Anya Bidwell
Texas Bar No. 2410156
Institute for Justice
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
(703) 682-9320
pjaicomo@ij.org
mmiller@ij.org
abidwell@ij.org

Anthony Sanders
Minnesota Bar No. 0387307
Institute for Justice
P.O. Box 315
Lindstrom, MN 55045
(703) 682-9320
asanders@ij.org

*Counsel for Plaintiff-Appellant*

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Patrick Jaicomo
Patrick Jaicomo