# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| HAMDI MOHAMUD,<br><br>　　Plaintiff-Appellant,<br><br>v.<br><br>HEATHER WEYKER, in her individual capacity as a St. Paul Police Officer<br><br>　　Defendant-Appellee. | **Case No. 24-1875** |

## APPELLANT'S STATEMENT OF ISSUES

Plaintiff-Appellant Hamdi Mohamud provides the following Statement of Issues as instructed by the Court in its April 26, 2024, Appeal Briefing Schedule Order:

1.　Whether the district court erred in denying Mohamud's motion for leave to file a second amended complaint as futile.

2.　Whether the district court erred in granting Weyker's alternative motion for summary judgment—especially in light of the district court's refusal to allow Mohamud even limited discovery.[1]

---

[1] Mohamud also preserves for certiorari the issue of whether her Fourth Amendment claims against Weyker can proceed under *Bivens*. This

1

Respectfully submitted on May 3, 2024,

/s/ Patrick Jaicomo
Patrick Jaicomo
Michigan Bar No. P75705
Marie Miller
Indiana Bar No. 34591-53
Anya Bidwell
Texas Bar No. 2410156
Institute for Justice
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
(703) 682-9320
pjaicomo@ij.org
mmiller@ij.org
abidwell@ij.org

Anthony Sanders
Minnesota Bar No. 0387307
Institute for Justice
P.O. Box 315
Lindstrom, MN 55045
(703) 682-9320
asanders@ij.org

*Counsel for Plaintiff-Appellant*

---

Court previously held they could not in *Ahmed v. Weyker*, 984 F.3d 564 (8th Cir. 2020); *see also* Brief for Solicitor General at 21, *Mohamud v. Weyker* (21-187) (opposing Mohamud's petition certiorari because the case was in an interlocutory posture and representing to the Supreme Court that "[i]f the district court finds that petitioner's Fourth Amendment claim cannot proceed under Section 1983, and if that determination is upheld in any subsequent appeal, petitioner will be able to raise her current claim, together with any other claims that may arise in those subsequent proceedings, in a single petition for certiorari.")

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Patrick Jaicomo  
Patrick Jaicomo