

INSTITUTE FOR JUSTICE

July 25, 2025

**VIA CM/ECF**
Susan E. Bindler
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

    Re:    *Mohamud v. Weyker*, No. 24-1875
             Request for Clarification on Deadline or,
             Alternatively, Extension

Dear Ms. Bindler:

    Having received judgment from this court's panel in the above-referenced matter on July 23, 2025, counsel for Appellant respectfully requests your clarification that Appellant has 45 days from the date of judgment to file a petition for rehearing or, if not, requests an unopposed 14-day extension.

    Under Rule 40(d)(1)(D), Appellant may file a petition "within 45 days of judgment if one of the parties is . . . a current or former United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf." Although the case caption lists Appellee "in her individual capacity as a St. Paul Police Officer," her status as a cross-deputized state *and* federal officer is central to this case. Indeed, the Court's ruling was that Appellee acted exclusively as a federal officer when interacting with Appellant.

ARLINGTON       AUSTIN       CHICAGO       MIAMI       PHOENIX       SEATTLE

901 N. Glebe Road, Suite 900  Arlington, VA 22203  P: (703) 682-9320  F: (703) 682-9321
general@ij.org  www.ij.org

      After consultation, counsel for both Appellant and Appellee believe Appellant has 45 days to file a petition for rehearing, but, in an abundance of caution, Appellant seeks your clarification. Can you please confirm that Appellant has 45 days from the judgment to file a petition for rehearing?

      Alternatively, if you conclude that Appellant is subject to the general 14-day deadline of Rule 40(d)(1), Appellant requests the maximum 14-day extension. 8th Cir. R. 27A(a)(13). Counsel for Appellee would not oppose this extension.

      Your consideration of this matter is much appreciated.

                                            Respectfully,

                                            /s/ Patrick Jaicomo  
                                            Patrick Jaicomo  
                                            *Counsel for Plaintiff-Appellant*

cc: Counsel of record (via CM/ECF)