# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-1875

Hamdi A. Mohamud

Appellant

v.

Heather Weyker, in her individual capacity as a St. Paul Police Officer

Appellee

------------------------------

Goldwater Institute, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-02069-JNE)

---

**MANDATE**

In accordance with the opinion and judgment of July 23, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 07, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit